ALAN M. WISEMAN (*pro hac vice*)
ASHLEY E. BASS (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail:   awiseman@cov.com
          abass@cov.com

RICHARD A. RIPLEY (*pro hac vice*)
HAYNES AND BOONE LLP
1615 L. Street, N.W., Suite 800
Washington, DC 20036-5610
Telephone: (202) 654-4503
Facsimile: (202) 654-4245
E-mail: richard.ripley@haynesboone.com

KENNETH G. PARKER (Bar No. 182911)
HAYNES AND BOONE, LLP
18100 Von Karman Ave., Suite 750
Irvine, California 92612
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
E-mail: kenneth.parker@haynesboone.com

Attorneys for Defendant
MEADWESTVACO CALMAR, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ARMINAK & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CALMAR, INC., now known as MEADWESTVACO CALMAR, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. SACV-04-1455-CJC (AJWx) <br><br> **MEADWESTVACO CALMAR, INC.'S NOTICE OF RULING** <br><br> Date: No hearing set <br> Time: No hearing set <br> Court: 9B (Hon. Cormac J. Carney) |

1  TO THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that Defendant MeadWestvaco Calmar, Inc. ("Calmar") respectfully submits the decision of the Ninth Circuit in *Brantley v. NBC Universal, Inc.*, No. 09-56785, dated June 3, 2011, attached hereto as Exhibit 1. This decision relates to Defendant's pending motion for partial summary judgment. In particular, Calmar directs the Court's attention to the slip opinion at page 7438, which states: "In the absence of any allegation of injury to competition, as opposed to injuries to consumers, we conclude that plaintiffs have failed to state a claim for an antitrust violation. *See also Abcor Corp. v. AM Int'l., Inc.*, 916 F.2d 924, 930-31 (4th Cir. 1990) (finding that aggregating a defendant's acts, none of which was anticompetitive individually, did not demonstrate an antitrust violation)." For the Court's convenience, the decision of the Fourth Circuit in *Abcor Corp. v. AM Int'l., Inc.*, 916 F.2d 924 (4th Cir. 1990) is attached hereto as Exhibit 2.

Dated: June 6, 2011

Respectfully submitted,

/s/ Kenneth G. Parker

HAYNES AND BOONE, LLP

ALAN M. WISEMAN (*pro hac vice*)
ASHLEY E. BASS (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Attorneys for Defendant*
MEADWESTVACO CALMAR, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2011, I filed the foregoing **MEADWESTVACO CALMAR, INC.'S NOTICE OF RULING** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

/s/ Kenneth G. Parker
Kenneth G. Parker