| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BLECHER & COLLINS, P.C.<br>MAXWELL M BLECHER (SBN 26202)<br>  *mblecher@blechercollins.com*<br>DONALD R. PEPPERMAN (SBN 109809)<br>  *dpepperman@blechercollins.com*<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, California 90071<br>Telephone:  (213) 622-4222 |
| 6 | Attorneys for Plaintiff<br>ARMINAK & ASSOCIATES LLC |
| 7<br>8<br>9 | RICHARD A. RIPLEY (*pro hac vice*)<br>HAYNES AND BOONE LLP<br>1615 L. Street, N.W., Suite 800<br>Washington, DC 20036-5610<br>Telephone:  (202) 654-4503 |
| 10<br>11 | Attorneys for Defendant<br>MEADWESTVACO CALMAR, INC. |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ARMINAK & ASSOCIATES LLC,<br><br>                    Plaintiff,<br>     v.<br>SAINT-GOBAIN CALMAR, INC., now known as MEADWESTVACO CALMAR, INC.,<br><br>                    Defendant,<br>_____<br>SAINT-GOBAIN CALMAR, INC., now known as MEADWESTVACO CALMAR, INC.,<br><br>                    Counter Claim Plaintiff,<br>     v.<br>ARMINAK & ASSOCIATES LLC,<br><br>                    Counter Claim Defendant. | Case No. SACV-04-1455-CJC (AJWx)<br><br>**ORDER TO VOLUNTARILY DISMISS WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]**<br><br>Trial Date:  April 30, 2013<br>Time:  9:00 a.m.<br>Court:  9B (Hon. Cormac J. Carney) |

**ORDER**

Pursuant to the Stipulation of the parties, this action is deemed dismissed with prejudice. Each party is to bear its own fees and costs.

Dated: December 20, 2012

By: _____
Hon. Cormac J. Carney
United States District Judge